IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR290 - 1 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Christine Vanderlinden | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Michelle M. Lents, as a Criminal Justice Act Training Panel Member, to assist in the defense of Christine Vanderlinden.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Michelle M. Lents is hereby assigned to assist the AFPD Julie B. Hansen in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Michelle M. Lents shall not be eligible to receive compensation for her services in this case.

AFPD Julie B. Hansen shall continue to be primary counsel on behalf of the Defendant, Christine Vanderlinden.

Dated: August 22, 2014

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge